UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9-22-cv-81566-RAR

GARFIELD SPENCE,

    Plaintiff,

vs.

BARCLAY SQUARE ASSOCIATES LTD.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, Barclay Square Associates Ltd., by and through its undersigned counsel, hereby gives notice that it has reached a final settlement with Plaintiff, Garfield Spence. The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within twenty (20) days.

Dated: January 23, 2023

    Respectfully submitted,

**GREENSPOON MARDER LLP**
*Attorneys for Defendant*
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL  33301
Phone: (954) 491-1120
Fax:    (954) 267-8027
Peter.siegel@gmlaw.com
Alex.Leiva@gmlaw.com

BY: ___s/Alejandro I. Leiva___
    **PETER R. SIEGEL**
    Florida Bar #988634
    **ALEJANDRO I. LEIVA**
    Florida Bar #118309

*Spence v. Barclay Square Associates, Ltd.*
CASE NO.: 22-cv-81566-RAR
Defendant's Notice of Settlement

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 23, 2023, a true and correct copy of the foregoing was filed with this Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

BY: s/ Alejandro I. Leiva
**ALEJANDRO I. LEIVA**

## SERVICE LIST

*Attorneys for Plaintiff*

**ALBERTO R. LEAL, ESQ., P.A.**
Alberto R. Leal, Esq.
8927 Hypoluxo Rd.
Suite 157
Lake Worth, FL  33467
Tel.: 954-637-1868
Email: albertolealesq@gmail.com