UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9-22-cv-81566-RAR

GARFIELD SPENCE,

    Plaintiff,

vs.

BARCLAY SQUARE ASSOCIATES LTD,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Garfield Spence, and Defendant, Barclay Square Associates Ltd., by and through their respective undersigned counsel and pursuant to Rule 41(a)(1), Fed. R. Civ. P., stipulate and agree that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  February 23, 2023

| | |
|---|---|
| **GREENSPOON MARDER LLP** | **ALBERTO R. LEAL, ESQ., P.A.** |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| 200 East Broward Boulevard, Suite 1800 | 8927 Hypoluxo Rd. |
| Fort Lauderdale, FL  33301 | Suite 157 |
| Phone: (954) 491-1120 | Lake Worth, FL  33467 |
| Fax:    (954) 267-80027 | Tel.: 954-637-1868 |
| Peter.Siegel@gmlaw.com | Email: albertolealesq@gmail.com |
| Alex.Leiva@gmlaw.com | |
| | BY: s/ Alberto R. Leal, Esq. |
| BY:   s/ Peter R. Siegel | **ALBERTO R. LEAL** |
| **PETER R. SIEGEL** | Florida Bar #1002345 |
| Florida Bar No.: 988634 | |
| **ALEJANDRO I. LEIVA** | |
| Florida Bar No.: 118309 | |

52652650v1